UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VICTOR FELIZ, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No:  C 11-5005 SBA<br><br>**ORDER STRIKING PLAINTIFFS' OVERSIZED OPPOSITION BRIEF** |

On October 19, 2011, the parties were provided with a copy of the Standing Orders of this Court. Dkt. 12. The Standing Orders contain the following instructions relating to motions:

> **Page Limits**: All noticed motions (other than motions for summary judgment) and any opposition thereto, shall not exceed fifteen (15) pages in length, exclusive of the table of contents, table of authorities, exhibits and declarations, if required. Reply briefs may not exceed ten (10) pages in length.

Id. at 5. The Standing Orders warn that: "Any pleading or brief sought to be filed with the Court after the required time, or in an improper manner or form, shall not be received or considered by the Court. Any attorney in violation of such requirements will be subject to other sanctions." Id.

In violation of the Court's Standing Orders, Plaintiff filed a seventeen-page motion to remand and a thirteen-page reply, while Defendant filed a twenty-four page opposition.

Dkt. 22, 23, 26.  Because neither party sought nor obtained prior leave of Court to exceed the foregoing page limits, the Court strikes the non-compliant, oversized briefs from the record.  See Ready Transp., Inc. v. AAR Mfg., Inc., 627 F.3d 402, 404 (9th Cir. 2010) (recognizing that the district court has "the power to strike items from the docket as a sanction for litigation conduct"); Swanson v. U.S. Forest Serv., 87 F.3d 339, 345 (9th Cir. 1996) (holding that district courts have the discretion to disregard briefs filed in circumvention of page limits).  Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to remand, Dkt. 22, Defendant's opposition, Dkt. 23, and Plaintiff's reply, Dkt. 26, are STRICKEN from the record.

2. Plaintiff shall have until October 30, 2012 to refile his motion to remand in conformity with the Court's Standing Orders.  Defendant's opposition and Plaintiff's reply shall be filed within fourteen and seven days after the motion is filed, respectively.  The motion will be decided without a hearing unless otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: September 28, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge