R. BRIAN DIXON, Bar No. 76247
MICHAEL F. McCABE, Bar No. 111151
LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Fax No.:       415.743.6665
lhayward@littler.com
Attorneys for Defendant SAFEWAY INC.

JOSEPH ANTONELLI, Bar No. 137039
JANELLE CARNEY, Bar No. 201570
LAW OFFICES OF JOSEPH ANTONELLI
1000 Lakes Drive, Suite 450
West Covina, CA  91790
Telephone:    626.917.6228
Fax No.:       626.917.7686
Attorneys for Plaintiff VICTOR FELIX

KEVIN T. BARNES, Bar No. 138477
GREGG LANDER, Bar No. 194018
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Blvd., Suite 1460
Los Angeles, CA  90036
Telephone:    323.549.9100
Fax No.:       323.549.0101

SAHAG MAJARIAN II, Bar No. 146621
LAW OFFICES OF SAHAG MAJARIAN II
18250 Ventura Blvd.
Tarzana, CA  91356
Telephone:    818.609.0807
Fax No.:       818.609.0892
sahagii@aol.com
Attorneys for Plaintiff VICTOR FELIX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VICTOR FELIX, an individual on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>SAFEWAY, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>            Defendants. | Case No. C 11 05005 SBA<br><br>**STIPULATION AND  ORDER RE: DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)** |

Case No. CV 11-05005 SBA

**STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff Victor Felix and Defendant Safeway Inc., and by and through their designated counsel pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that:

1. Following the filing of the Complaint in this action, the Parties have engaged in discovery and exchanged information pertaining to the Plaintiff's claims in this case;

2. Counsel for Plaintiff have diligently investigated the claims made in the Complaint, both by evaluating the information provided by Defendant and by conducting an independent investigation. The evidence provided by Defendant included written discovery, the production of documents, and 30(b)(6) witness testimony on Plaintiff's time and pay records, Plaintiff's time punches, as well as the structure and operation of Defendant's timekeeping and payment calculation systems;

3. After a thorough investigation of the facts and review of the law, Plaintiff's counsel believes that further prosecution of this case is not warranted. Specifically, an analysis of data produced by Defendant's counsel for a sampling of the putative class and performed by an expert retained by Plaintiff's counsel has not shown the existence of damages to Plaintiff or other members of the sample population contained in the data provided arising from Defendant's rounding practices. As a result, the Parties have agreed to resolve this case without seeking certification of a class. The Parties hereby stipulate to dismiss this action with prejudice as to Plaintiff Victor Felix and agree that such a dismissal will be without prejudice as to the putative class.

4. Each party shall bear its own fees and costs.

Dated: _____, 2012

MICHAEL F. McCABE
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant SAFEWAY INC.

Dated: _____, 2012

JOSEPH ANTONELLI
JANELLE CARNEY
LAW OFFICE OF JOSEPH ANTONELLI
A Professional Corporation
Attorneys for Plaintiff VICTOR FELIX

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1.

Case No. CV 11-05005 SBA

**STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE**

2.

**ORDER**

Based upon the above stipulation, the Court hereby orders this case dismissed with prejudice, each party to bear its own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __11/8/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Court Judge

Firmwide:115680889.4 001153.1604

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

**Case No. CV 11-05005 SBA**

**STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE**