| | |
|---|---|
| 1 | R. BRIAN DIXON, Bar No. 76247 |
| | MICHAEL F. McCABE, Bar No. 111151 |
| 2 | LAURA E. HAYWARD, Bar No. 204014 |
| | LITTLER MENDELSON, P.C. |
| 3 | A Professional Corporation |
| | 650 California Street, 20th Floor |
| 4 | San Francisco, CA  94108.2693 |
| | Telephone:    415.433.1940 |
| 5 | Fax No.:        415.743.6665 |
| | lhayward@littler.com |
| 6 | Attorneys for Defendant SAFEWAY INC. |
| 7 | JOSEPH ANTONELLI, Bar No. 137039 |
| | JANELLE CARNEY, Bar No. 201570 |
| 8 | LAW OFFICES OF JOSEPH ANTONELLI |
| | 1000 Lakes Drive, Suite 450 |
| 9 | West Covina, CA  91790 |
| | Telephone:    626.917.6228 |
| 10 | Fax No.:        626.917.7686 |
| | Attorneys for Plaintiff VICTOR FELIX |
| 11 | |
| 12 | KEVIN T. BARNES, Bar No. 138477 |
| | GREGG LANDER, Bar No. 194018 |
| 13 | LAW OFFICES OF KEVIN T. BARNES |
| | 5670 Wilshire Blvd., Suite 1460 |
| 14 | Los Angeles, CA  90036 |
| | Telephone:    323.549.9100 |
| 15 | Fax No.:        323.549.0101 |
| 16 | SAHAG MAJARIAN II, Bar No. 146621 |
| | LAW OFFICES OF SAHAG MAJARIAN II |
| 17 | 18250 Ventura Blvd. |
| | Tarzana, CA  91356 |
| 18 | Telephone:    818.609.0807 |
| | Fax No.:        818.609.0892 |
| 19 | sahagii@aol.com |
| | Attorneys for Plaintiff VICTOR FELIX |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VICTOR FELIX, an individual on behalf of himself and all others similarly situated, | Case No. C 11 05005 SBA |
| Plaintiffs, | **STIPULATION AND  ORDER RE: DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)** |
| v. | |
| SAFEWAY, INC., a Delaware corporation; and DOES 1 to 100, inclusive, | |
| Defendants. | |

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Case No. CV 11-05005 SBA

**STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE**

1    IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff
2  Victor Felix and Defendant Safeway Inc., and by and through their designated counsel pursuant to
3  Rule 41(a) of the Federal Rules of Civil Procedure, that:

4    1.   Following the filing of the Complaint in this action, the Parties have engaged
5  in discovery and exchanged information pertaining to the Plaintiff's claims in this case;

6    2.   Counsel for Plaintiff have diligently investigated the claims made in the
7  Complaint, both by evaluating the information provided by Defendant and by conducting an
8  independent investigation.  The evidence provided by Defendant included written discovery, the
9  production of documents, and 30(b)(6) witness testimony on Plaintiff's time and pay records,
10 Plaintiff's time punches, as well as the structure and operation of Defendant's timekeeping and
11 payment calculation systems;

12   3.   After a thorough investigation of the facts and review of the law, Plaintiff's
13 counsel believes that further prosecution of this case is not warranted.  Specifically, an analysis of
14 data produced by Defendant's counsel for a sampling of the putative class and performed by an
15 expert retained by Plaintiff's counsel has not shown the existence of damages to Plaintiff or other
16 members of the sample population contained in the data provided arising from Defendant's rounding
17 practices.  As a result, the Parties have agreed to resolve this case without seeking certification of a
18 class.  The Parties hereby stipulate to dismiss this action with prejudice as to Plaintiff Victor Felix
19 and agree that such a dismissal will be without prejudice as to the putative class.

20   4.   Each party shall bear its own fees and costs.

21 Dated: _____, 2012

22
23  MICHAEL F. McCABE
    LITTLER MENDELSON, P.C.
    A Professional Corporation
    Attorneys for Defendant SAFEWAY INC.

24 Dated: _____, 2012

25
26  JOSEPH ANTONELLI
    JANELLE CARNEY
27  LAW OFFICE OF JOSEPH ANTONELLI
    A Professional Corporation
    Attorneys for Plaintiff VICTOR FELIX
28

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1.

**Case No. CV 11-05005 SBA**

**STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE**

**ORDER**

Based upon the above stipulation, the Court hereby orders this case dismissed with prejudice, each party to bear its own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __11/8/12

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Court Judge

Firmwide:115680889.4 001153.1604

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

**Case No. CV 11-05005 SBA**

**STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE**